AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF _____

MASSACHUSETTS DEPARTMENT OF SOCIAL SERVICES
and
Margaret Bukenya

v.

Plaintiffs Denis RIORDAN, District Director of Boston District Office(CIS);
Michael CHERTOFF, as Secretary of Department of
Homeland Security;
EDUARDO AGUIRRE, JR. as Director of United States
Citizenship and Immigration Services (US CIS);
DEPARTMENT OF HOMELAND SECURITY;
and ALL UNKNOWN GOVERNMENT AGENCIES
INVOLVED IN SECURITY CHECKS
FOR APPLICANTS.
Defendants

**APPEARANCE**

CASE NUMBER: 05 10943 DPW

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for

MASSACHUSETTS DEPARTMENT OF
SOCIAL SERVICES
and
Margaret Bukenya
Plaintiffs,

Date: 5/6/05

Signature: [signed]

Print Name: Maureen O'Sullivan

Address: 10 Winthrop Sq 3rd Flr

City, State, Zip Code: Boston MA 02110

Phone Number: 617-482-4500