UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEPARTMENT OF SOCIAL SERVICES and Margret BUKENYA Plaintiffs, v. Plaintiffs Denis RIORDAN, District Director of Boston District Office(CIS); Michael CHERTOFF, as Secretary of Department of Homeland Security; EDUARDO AGUIRRE, JR. as Director of United States Citizenship and Immigration Services (US CIS); DEPARTMENT OF HOMELAND SECURITY; and ALL UNKNOWN GOVERNMENT AGENCIES INVOLVED IN SECURITY CHECKS FOR APPLICANTS, Defendants | MANDAMUS ACTION FILE NO. 05-10943 DPW |

## MOTION TO DISMISS

Now come the Plaintiffs through counsel to request that this case be dismissed. Plaintiffs filed this mandamus action to compel the adjudication of the pending petition for special immigrant juvenile status and application for adjustment of status. Defendants have since approved the case (See attached.)

WHEREFORE: the mandamus is no longer necessary. Thank you.

RESPECTFULLY SUBMITTED this 31st day of May, 2005.

/s/ Maureen O'Sullivan
Maureen O'Sullivan
Counsel for Plaintiffs
Kaplan O' Sullivan & Friedman LLP
10 Winthrop Square 3rd Fl
Boston, MA 02110 , (617) 482-4500

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel of record in the foregoing matter with one copy of the foregoing  Motion to Dismiss  by hand delivery postage prepaid and electronic filing a copy of same as follows:

>Damian M. Wilmot
>Assistant U.S. Attorney
>John J. Moakley U.S. Courthouse
>Suite 9200
>1 Courthouse Way
>Boston, MA 02110
>damian.wilmot@usdoj.gov

>Denis Riordan,  District Director,
>Boston District Office
>U.S. Department of Homeland Security
>USCIS
>15 New Sudbury St.
>JFK Federal Building
>Boston, MA 02203

This 31st of May, 2005.

>s/s Maureen O'Sullivan
>Maureen O'Sullivan
>Counsel for Plaintiffs
>Kaplan O' Sullivan & Friedman LLP
>10 Winthrop Square 3rd Fl
>Boston, MA 02110
>(617) 482-4500

# UNITED STATES DEPARTMENT OF JUSTICE
## IMMIGRATION AND NATURALIZATION SERVICE

JOHN F KENNEDY FEDERAL BUILDING
GOVERNMENT CENTER
BOSTON, MASSACHUSETTS 02203

FILE NUMBER: A79 679 221

DATE: MAY 2 0 2005

~~BUKENYA, MARGARET~~
DEPT OF SOCIAL SERVICE, ATTN DOREEN BROO
63 FOUNTAIN STREET

COA: ~~IB7~~ SC-6

DOA: MAY 2 0 2005

FRAMINGHAM, MA  01702

The application for adjustment of status to that of a permanent resident filed by the above named has been granted.

If you are travelling or need evidence of alien registration, you may present the *original of this letter\** and your VALID PASSPORT between 7:00 AM and 3:00 PM, Monday through Friday in Room E-160 at the John Fitzgerald Kennedy Federal Building to be stamped with temporary evidence of your alien registration.

*Dennis C. Riordan*

~~Steven J. Farquharson~~
District Director

NOTE:
Your alien registration card will be mailed to you in six to eight months.
This office will be CLOSED the third Friday of every month.

Attorney: Maureen O'Sullivan
Ten Winthrop Square 3rd Floor
Boston MA 02110

\* Copies will NOT be accepted