```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

MASSACHUSETTS DEPARTMENT
OF SOCIAL SERVICES ET AL,
    Plaintiffs
                                       CIVIL ACTION NO.
v.                                   05-10943-DPW

DENIS RIORDAN, ET AL,
    Defendants

## ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's ruling entered June 14, 2005, granting the Plaintiffs' Motion to Dismiss, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                                         BY THE COURT,

                                         /s/ Michelle Rynne
                                         Deputy Clerk

DATED: June 14, 2005